1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    TYLER APPEL,

11                            Plaintiff,

12            v.

13    KING COUNTY, *et al.*,

14                            Defendants.

CASE NO. 2:21-cv-00621-TL-JRC

ORDER TO UPDATE ADDRESS

15

16        This matter is before the undersigned on referral from the District Court.

17        On June 6, 2022, the Court issued an order directing plaintiff to update his address on or

18    before August 1, 2022, after a Court order mailed to plaintiff was returned, marked "not here."

19    *See* Dkt. 49. Since that time, two further orders have been returned, marked "not here" and

20    "return to sender/undeliverable as addressed/unable to forward." Dkt. 51, 52. On July 8, 2022,

21    the Court *sua sponte* located plaintiff at the Clallam Bay Corrections Center through Washington

22    State's Department of Corrections website and directed that the previously-returned docket

23

24

ORDER TO UPDATE ADDRESS - 1

1    entries be regenerated and sent to plaintiff. *See* Dkt. 53. To date, plaintiff has not complied with

2    the Court's June 6, 2022 order which directed him to keep his address with the Court updated.

3           The Court's local rules require a *pro se* plaintiff to keep his current mailing address

4    updated with the Court and state that—

5           [i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service,
            or if email is returned by the internet service provider, and if such plaintiff fails to
6           notify the court and opposing parties within 60 days thereafter of his or her current
            mailing or email address, the court may dismiss the action without prejudice for
7           failure to prosecute.

8    Local Civil Rule 41(b).

9           Therefore, the Court orders plaintiff to confirm the update to his address on or before

10   September 23, 2022, or the undersigned may recommend dismissal of this matter without

11   prejudice for failure to prosecute.

12          Dated this 26th day of August, 2022.

13

14                                          J. Richard Creatura
                                            Chief United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

ORDER TO UPDATE ADDRESS - 2