UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TYLER APPEL,

    Plaintiff,

v.

KING COUNTY, *et al.*,

    Defendants.

CASE NO. 2:21-cv-00621-TL-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. No. 69) as well as the remaining record, and no objections to the Report and Recommendation having been filed, the Court hereby finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Defendants' motion for summary judgment (Dkt. No. 60) is granted, and Plaintiff's claims are dismissed with prejudice.

(3)     Plaintiff's *in forma pauperis status* is revoked for purposes of any appeal.

(4)     The Clerk is directed to send copies of this order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

Dated this 15th day of March 2023.

Tana Lin
United States District Judge